# EXHIBIT B

## FIRST AMENDMENT TO THE
## OPERATION AND CONTROL AGREEMENT

This Amendment (the "**Amendment**") to the Operation and Control Agreement (the "**O&C Agreement**") is made and entered into as of December 30, 2016 as amended , (the "**Effective Date**") by and between TBC HOLDINGS OF MELBOURNE INC., a Florida Corporation (the "**Manager**"), and BREVARD ORTHOPAEDIC, SPINE & PAIN CLINIC, INC. (the "**Practice**"). The Manager and the Practice are individually referred as a "**Party**" and collectively the "**Parties.**" All capitalized terms used in this Amendment and not otherwise defined herein shall have the same meaning as set forth in the O&C Agreement.

### WITNESSETH:

**WHEREAS**, the Manager is in the business of managing medical practices; and

**WHEREAS**, the Practice is in the business of operating a group medical practice through its employed or contracted physicians and Physician Extenders; and

**WHEREAS**, the Manager and the Practice entered into an O&C Agreement effective May 1, 2015, pursuant to which the Practice engaged the Manager to manage the business and administrative functions of the Practice, in accordance with the terms and conditions set forth therein; and

**WHEREAS**, the Parties desire to amend the O&C Agreement on the terms herein set forth.

**NOW THEREFORE**, in consideration of the mutual covenants and agreements contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound, the Parties agree as follows:

1. To extended the term of the agreement until December 31, 2019

2. To allow either party to cancel with 90 days written notice.

3. Except as expressly set forth in this Amendment, all other terms and provisions of the O&C Agreement remain in full force and effect.

PHDATA 5876886 2



4.      This Amendment shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and assigns, but shall not be assigned by any party without the written consent of the other Party hereto (which consent may be withheld in the sole discretion of such other Party).

5.      This Amendment shall be considered an integral part of the O&C Agreement. This Amendment sets forth all of the promises, covenants, agreements, conditions and understandings between the Parties with respect to the subject matter hereof, and supersedes all prior and contemporaneous agreements and understandings, inducements or conditions, express or implied, oral or written, with respect hereto, except as contained herein.

6.      This Amendment may be executed in any number of counterparts, each of which shall be deemed an original and all of which constitute but one and the same instrument.

7.      This Amendment shall be governed by and construed in accordance with the laws of the State of Florida.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**



IN WITNESS WHEREOF, the Parties hereto have caused the execution of this Amendment as of the Effective Date first written above by the officers whose names appear below.

**MANAGER**

TBC HOLDINGS OF MELBOURNE INC.

By: _____
Name: Chris Romandetti
Title: CEO

**PRACTICE**

BREVARD ORTHOPAEDIC, SPINE & PAIN CLINIC, INC.

By: _____
Name:
Title:

[Signature Page to Amendment to Operation and Control Agreement]